IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

    Plaintiff,

-vs-

Anthony Bradds,

    Defendant.

Case No. 3:13PO71
Violation # ~~3322022~~

Magistrate Judge Newman

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Driving Under Suspension, in violation of O.R.C. Section 4510.11, made in Violation Notice #3322022, is hereby AMENDED to charge no Operator's License, in violation of O.R.C. Section 4510.12.

IT IS SO ORDERED.

Date: 5/7/13

_____
Assistant United States Attorney

_____
United States Magistrate Judge